# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-04-00226-CV

**Gary Moyer, Appellant**

**v.**

**Marsha Ann Moyer, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
### NO. 00-15120-FC2-277, HONORABLE DERWOOD JOHNSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed an unopposed motion to dismiss his appeal advising that he no longer wishes to pursue this appeal.

The appeal is dismissed on motion of appellant.  Tex. R. App. P. 42.1(a)(1).


Bob Pemberton, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed on Appellant's Motion

Filed:   September 10, 2004